**Belton HARRIS, Jr., a/k/a Lett, Petitioner–Appellant,**

v.

**UNITED STATES of America; John J. Lamanna, Warden at FCI—Edgefield, Respondents–Appellees.**

No. 06–7369.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 17, 2006.

Decided: Oct. 24, 2006.

Belton Harris, Jr., Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Belton Harris, Jr. seeks to appeal the district court's judgment and order accepting the recommendation of the magistrate judge and denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. United States*, No. 9:05–cv–02602–MJP (D.S.C. June 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.*

*AFFIRMED.*

---

* To the extent Harris may be seeking authori-   zation under 28 U.S.C. § 2244 (2000) to file a

second or successive 28 U.S.C. § 2255 (2000) motion, we deny authorization.